Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NEVADA DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> MFS GLOBAL, INC. d/b/a FLOWRICH CAPITAL; and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. 2:18-cv-01179-RFB-VCF <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this October 26, 2018.

By: s/ Adrian R. Bacon
**Adrian R. Bacon**, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this October 26, 2018, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

This October 26, 2018.
By: s/Adrian R. Bacon
    Adrian R. Bacon